FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAY 11 PM 4:17
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RONALD EARLE RUSHIN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-155 |
| v. | * | |
| OFFICER JONES, et al., | * | |
| Defendants. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 19, 2018, Report and Recommendation, dkt. no. 11, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of May, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA